

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00396-CV

Alpine Industries, Inc. and Lane Thomas Shinogle

v.

Benjamin Whitlock and Brianna Whitlock

§ From the 141st District Court

§ of Tarrant County (141-290670-17)

§ June 21, 2018

§ Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part.

We affirm the portion of the trial court's order that denies the motion to dismiss as to Appellant Lane Thomas Shinogle. We reverse the portion of the trial court's order that denies the motion to dismiss as to Alpine Industries, Inc., and we remand the case to the trial court to enter an order of dismissal as to Appellees Benjamin Whitlock and Brianna Whitlock's claims against it.

It is further ordered that Appellant Lane Thomas Shinogle and Appellees Benjamin Whitlock and Brianna Whitlock shall split the costs of this appeal, for

which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth